IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____ANCHORAGE_____

RECEIVED
MAR 29 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

STEVEN STOUFER
            Plaintiff,
vs.

CITY OF ANCHORAGE, ALASKA, et al.
           Defendant.

CASE NO. _____3:21-00050-TMB_____ CI

**CIVIL RULE 4(f) AFFIDAVIT**

I do solemnly swear (or affirm) that the facts set out below are true to the best of my personal knowledge:

1. I am the ☒ plaintiff. ☐ attorney of record for the plaintiff.

2. I filed the complaint in this case on __3/02/2021__.

3. A copy of the summons and complaint were served on the defendants as follows:

| Name of Defendant | Method of Service | Date of Service | Cost of Service |
|---|---|---|---|
| City of Anchorage, Alaska | Certified Mail | 3/27/2021 | 7.46 |
| | | | |
| | | | |

4. ☐ No defendant remains unserved.
   ☒ The following defendants remain unserved:

   Name of Defendant
   John Does 1-50

__3-27-21__
Date

Signature of Plaintiff or Plaintiff's Attorney

Steven Stoufer
Print Name

Subscribed and sworn to or affirmed before me at 5740 Debarr Rd Anchorage, Alaska on March 27th, 2021.

(SEAL)

NOTARY PUBLIC
DANIEL F. CABRERA
STATE OF ALASKA
MY COMMISSION EXPIRES May 29, 2023

Clerk of Court, Notary Public, or other person authorized to administer oaths.
My commission expires __May 29th, 2023__

CIV-135 (8/19)(cs)
CIVIL RULE 4(f) AFFIDAVIT

Civil Rule 4(f)

Stoufer
1020 Norman St. 4C
Anchorage, Alaska 99504

ALASKAN FRONTIER
995-997
27 MAR 2021 PM 1 L

U.S. District Court
222 West 7th Avenue, #4
Anchorage, Alaska 99513

99513-75040Y