Steven Stoufer, Pro Se
1120 Norman St 4
Anchorage, AK 99504
907-310-0135



RECEIVED
JUL 26 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEVEN STOUFER,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOES 1-50, and<br>CITY OF ANCHORAGE, ALASKA,<br><br>        Defendants. | Case No. 3:21-cv-00050-TMB |

## MOTION TO FILE UNDER SEAL

As discussed in the accompanying affidavit, Stoufer requests leave to file, according to L.Civ.R. 7.3(f) the Opposition to the Motion to Dismiss and related documents under seal. Stoufer also requests any future documents related to the current case, including a reply to the Motion to Dismiss, to be filed under seal.

Dated: July 24, 2021                    Respectfully submitted,

_____
Steven Stoufer

CERTIFICATE OF SERVICE

I certify that a copy of the above motion was served by first class mail to Meagan R Carmichael at P.O. Box 196650 Anchorage, Alaska 99519-6650 on July 24, 2021.

_____
Steven Stoufer