Steven Stoufer, Pro Se
1120 Norman St 4
Anchorage, AK 99504
907-310-0135



RECEIVED
NOV 12 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STEVEN STOUFER,

        Plaintiff,

v.

JOHN DOES 1-50, and
CITY OF ANCHORAGE, ALASKA,

        Defendants.

Case No. 3:21-cv-00050-TMB

## MOTION TO APPEAR ANONYMOUSLY IN LAWSUIT

Dated: November 10, 2021

Respectfully submitted,

*Steven Stoufer*
Steven Stoufer

CERTIFICATE OF SERVICE

Motion To Appear Anonymously In Lawsuit, Docket #15
Stoufer v. City of Anchorage, Alaska   Case No. 3:21-cv-00050-TMB   Page 1 of 2

Case 3:21-cv-00050-TMB   Document 21   Filed 11/12/21   Page 1 of 2

I certify that a copy of the above motion was served by first class mail to Meagan R Carmichael at P.O. Box 196650 Anchorage, Alaska 99519-6650 on November 10, 2021.

*Steven Stoufer* (signature)
Steven Stoufer

Motion To Appear Anonymously In Lawsuit, Docket #15
Stoufer v. City of Anchorage, Alaska   Case No. 3:21-cv-00050-TMB   Page 2 of 2