Steven Stoufer, Pro Se
1120 Norman St 4
Anchorage, AK 99504
907-310-0135


RECEIVED

NOV 1 2 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STEVEN STOUFER,

    Plaintiff,

 v.

JOHN DOES 1-50, and
CITY OF ANCHORAGE, ALASKA,

    Defendants.

Case No. 3:21-cv-00050-TMB

## NOTICE OF DISMISSAL

Plaintiff gives notice of dismissal according to Civil Rule 41.

Dated: November 10, 2021

      Respectfully submitted,

      Steven Stoufer

CERTIFICATE OF SERVICE

Opposition to Motion to Dismiss
Stoufer v. City of Anchorage, Alaska Case No. 3:21-cv-00050-TMB Page 1 of 2

I certify that a copy of the above motion was served by first class mail to Meagan R Carmichael at P.O.

Box 196650 Anchorage, Alaska 99519-6650 on November 10, 2021.

Steven Stoufer