Steven Stoufer, Pro Se
1120 Norman St 4
Anchorage, AK 99504
907-310-0135



RECEIVED
NOV 12 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEVEN STOUFER,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOES 1-50, and<br>CITY OF ANCHORAGE, ALASKA,<br><br>        Defendants. | Case No.  3:21-cv-00050-TMB<br><br>DECLARATION |

Dated: November 10, 2021

Respectfully submitted,

*Steven Stoufer*

Steven Stoufer

CERTIFICATE OF SERVICE

Declaration for Motion to Seal and Opposition to Motion to Dismiss
Stoufer v. City of Anchorage, Alaska   Case No. 3:21-cv-00050-TMB  Page 1 of 2

I certify that a copy of the above motion was served by first class mail to Meagan R Carmichael at P.O. Box 196650 Anchorage, Alaska 99519-6650 on November 10, 2021.

*Steven Stoufer*
Steven Stoufer

Declaration for Motion to Seal and Opposition to Motion to Dismiss
Stoufer v. City of Anchorage, Alaska   Case No. 3:21-cv-00050-TMB   Page 2 of 2