Steven Stoufer, Pro Se
1120 Norman St 4
Anchorage, AK 99504
907-310-0135



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEVEN STOUFER,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN DOES 1-50, and<br>CITY OF ANCHORAGE, ALASKA,<br><br>       Defendants. | Case No. 3:21-cv-00050-TMB |

## MOTION IN OPPOSITION TO MOTION TO DISMISS

Dated: November 10, 2021     Respectfully submitted,

*Steven Stoufer*
Steven Stoufer

CERTIFICATE OF SERVICE

Opposition to Motion to Dismiss
Stoufer v. City of Anchorage, Alaska   Case No. 3:21-cv-00050-TMB   Page 1 of 2

I certify that a copy of the above motion was served by first class mail to Meagan R Carmichael at P.O. Box 196650 Anchorage, Alaska 99519-6650 on November 10, 2021.

                                                                                                  _/s/ Steven Stoufer_
                                                                                                   Steven Stoufer